1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

KEITH ANTHONY WILLIAMS,

12

Petitioner,

13

v.

14

JAMES ENGLEMAN, Warden,

15

Respondent.

16
17

Case No. 2:24-cv-04441-PA-KES

ORDER ACCEPTING REPORT AND
RECOMMENDATION OF U.S.
MAGISTRATE JUDGE

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the

19  other records on file herein, and the Report and Recommendation of the United

20  States Magistrate Judge ("R&R" at Dkt. 12).  No objections to the Report and

21  Recommendation have been filed.  The R&R recommends dismissing the Petition

22  as moot, because Petitioner has been released from custody and he failed to oppose

23  Respondent's motion to dismiss the Petition on that basis.  (Id. at 4.)  When a copy

24  of the R&R was mailed to Petitioner, it was returned as undeliverable.  (Dkt. 14,

25  15.)

26      The Court accepts the report, findings, and recommendations of the

27  Magistrate Judge.

28

1

1        IT IS THEREFORE ORDERED that Judgment be entered dismissing the

2    Petition as moot.

3        As a federal prisoner proceeding under 28 U.S.C. § 2241, Petitioner is *not*

4    required to obtain a certificate of appealability ("COA") in order to appeal to the

5    United States Court of Appeals in this case.  See Harrison v. Ollison, 519 F.3d 952,

6    958 (9th Cir. 2008) (holding that the plain language of 28 U.S.C. § 2253(c)(1) does

7    not require federal prisoners bringing § 2241 petitions to obtain a COA in order to

8    appeal, unless the § 2241 petition "is merely a 'disguised' § 2255 petition"); see

9    e.g., Tomlinson v. Caraway, No. 14-cv-020094-VBF-KK, 2014 U.S. Dist. LEXIS

10   131448 at *2, 2014 WL 4656432 at *1 (C.D. Cal. Sept. 16, 2014) (adopting report

11   and recommendation and noting that petitioner in federal custody was not required

12   to obtain a COA to appeal the denial of his § 2241 petition).

13

14   DATED:  August 28, 2024            _____

15                          PERCY ANDERSON

16                   UNITED STATES DISTRICT JUDGE

17   Presented by:

18

19   KAREN E. SCOTT

20   UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28