JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANTHONY WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>JAMES ENGLEMAN,<br><br>Respondent. | Case No. 2:24-cv-04441-PA-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice as moot.

DATED: August 28, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE